United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-11462
Conference Calendar

_____

CLINTON CODY BROWN,

                                        Plaintiff-Appellant,

versus

RONALD R. LACY, Dr.; SHARON WOOLERY,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:04-CV-46
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Clinton Cody Brown, Texas prisoner # 775240, appeals the
district court's judgment entered in favor of the defendants
following a jury trial of Brown's 42 U.S.C. § 1983 claims.  Brown
alleged that the defendants were deliberately indifferent to his
serious medical needs by causing him to be exposed to and to
contract tuberculosis from a fellow inmate.

On appeal, Brown contends that (1) the district court erred
in refusing to permit him to read into the record, during cross-
examination of defense experts, medical pamphlets and treatises
and (2) the defense experts committed fraud and misrepresentation

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

by testifying falsely regarding the relationship between tuberculosis and Mycobacterium Avium Complex, an avian disease. Brown has not provided a transcript of the trial or any pretrial hearing.  The absence of transcripts prevents us from reviewing Brown's arguments concerning matters or rulings that occurred at transcribed proceedings.  See Richardson v. Henry, 902 F.2d 414, 416 (5th Cir. 1990).

APPEAL DISMISSED.